1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| American Orthodontics Corporation, | Case No. 2:25-cv-03215-AH (AGRx) |
| Plaintiff, | **CONSENT JUDGMENT AND PERMANENT INJUNCTION** **[29]** |
| v. | Jury Trial Requested       **[JS-6]** |
| Amercian Orthone Limited, | |
| Defendant. | <u>NOTE CHANGES MADE BY THE COURT</u> |

On April 16, 2025, Plaintiff American Orthodontics Corporation ("AO") filed an Amended Complaint seeking a permanent injunction, damages and other relief against Defendant Amercian Orthone Limited ("ORTHONE"), and their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Defendant for infringement of AO's United States Trademark Registration Nos. 1,156,244; 4,706,125; 4,773,277, for infringement of common law trademark rights, for false designation of origin and unfair competition pursuant to 15 U.S.C. § 1125(a), and for unfair business practices under Federal and California law.

Plaintiff and Defendant have now agreed to entry of this Stipulated Consent Judgment and Permanent Injunction to resolve all matters in dispute between them in this action. Plaintiff and Defendant have consented to entry of this Judgment without trial or adjudication of any issue of law or fact herein.

NOW, THEREFORE, Plaintiffs and Defendant having requested the Court to enter this Judgment, it is hereby ordered, adjudged, and decreed:

## STIPULATED FINDINGS OF FACT

1. This Court has jurisdiction of the subject matter of this case and over all parties hereto.

2. The Complaint states claims upon which relief may be granted against the Defendants under 15 U.S.C. § 1125(a), and under California Business and Professions Code under § 17200 et seq.

3. Venue in the United States District Court for the Central District of California is proper pursuant to 28 U.S.C. § 1391(b) and (c).

4. The balance of hardships and public policy favor the issuance of a permanent injunction in favor of AO.

5. The parties agree that no bond should be required.

6. An injunction will not adversely affect and is in the public interest.

7. AO manufactures and supplies orthodontic products throughout the

1

world under the AMERICAN ORTHODONTICS and AO AMERICAN ORTHODONTICS name and trademarks, including but not limited to the AO AMERICAN ORTHODONTICS design (herein "the AO marks").

8. AO owns all rights, title, and interest in and to United States Trademark Registration Nos. 1,156,244; 4,706,125; 4,773,277. These registrations constitute *prima facie* evidence of the protectability, validity, and AO's exclusive right to use the AO marks on orthodontic appliances, instruments, and supplies throughout the United States

9. AO, through its years of extensive use, owns common law trademark rights in AMERICAN ORTHODONTICS which has been in use since 1968.

10. Defendant's use of the AMERCIAN ORTHONE corporate name in commerce on, for and/or in connection with the advertising, promotion, offering for sale and/or sale of orthodontic appliances and supplies is causing, and is likely to continue to cause, consumer confusion, mistake, and/or deception about Defendant's affiliation with AO and the authenticity and origin of the products Defendant is advertising and selling.

11. Defendant, Amercian Orthone Limited, agrees to entry of this Stipulated Consent Judgment and Permanent Injunction to resolve all matters of dispute between Defendant and Plaintiff arising out of the allegations in Plaintiff's Complaint, and Defendant agrees to be bound by this Stipulated Consent Judgment and Permanent Injunction.

12. Defendant has waived all rights to seek judicial review or otherwise challenge or contest the validity of this Judgment, and further waives and releases any claim Defendant may have against Plaintiff and its employees and agents, including any rights that may arise for attorneys' fees or other costs.

13. The parties shall each bear their own costs and attorneys' fees incurred in this action.

## STIPULATED CONCLUSIONS OF LAW

1. Defendant, in the course of using, offering for sale and/or selling of products under the "AMERCIAN ORTHONE" name, is in violation of 15 U.S.C. § 1114(1) and § 1125(a).

2. Defendant, by marketing, advertising, and promoting orthodontic products using the AMERCIAN ORTHONE, has engaged in unfair competition including unlawful, unfair, and fraudulent business practices in violation of California Business and Professions Code § 172000 et seq.

3. As a direct and proximate result of Defendant's actions, AO has been irreparably harmed, including damage to its business and reputation, and AO will continue to be irreparably harmed unless and until Defendant ceases offering and selling products under the "AMERCIAN ORTHONE" and "AO" names.

4. As a direct and proximate result of Defendant's actions, AO has been damaged, and is entitled to compensatory damages, in an amount mutually agreed to between the parties.

## JUDGMENT AND ORDER

Accordingly, Judgment is hereby entered in favor of the Plaintiff, American Orthodontics Corporation, and against Defendant Amercian Orthone Limited.

**IT IS THEREFORE ORDERED** that Amercian Orthone Limited, its officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with are **PERMANENTLY AND IMMEDIATELY ENJOINED** from directly or indirectly:

A. infringing AO's United States Trademark Registration Nos. 1,156,244; 4,706,125; 4,773,277 by manufacturing, using, offering for sale, selling, marketing, advertising, promoting, selling and/or otherwise dealing in, within the United States, its territories and possessions, or by importing into the United States, its territories and possessions, products under the "AMERCIAN ORTHONE" or "AO" name, and any other existing or future products

manufactured, used, offered for sale, sold, marketed, advertised, promoted, and/or otherwise dealt in, under a name that is not more than colorably different from the "AMERCIAN ORTHONE" and "AO" names.

**IT IS FURTHER ORDERED** that Amercian Orthone Limited, its officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with:

A.  destroy all products marked with the infringing "AMERCIAN ORTHONE" or "AO" names;

B.  destroy all advertising paraphernalia, kits, labels, signs, prints, packages, containers, stationery, promotion materials, clothing, advertising and other items, whether in physical, electronic, or other form, that advertise or promote products under the infringing "AMERCIAN ORTHONE" or "AO" names;

C.  destroy all advertising paraphernalia, kits, labels, signs, prints, packages, containers, stationery, promotion materials, clothing, advertising and other items, whether in physical, electronic, or other form, that violate 15 U.S.C. § 1125(a) or violate the California Business and Professions Code § 17200 et seq. and § 17500 et seq.

D.  abide by the terms and conditions of the separately executed Confidential Settlement Agreement between the parties;

This Court will retain jurisdiction over any disputes between the parties, their heirs, successors, and assigns with respect to enforcement of this Stipulated Consent Judgment and Permanent Injunction and any settlement agreement entered into between Plaintiff and Defendants regarding this litigation.

Dated: JULY 14, 2025

_____
Honorable Anne Hwang
United States District Judge

4